UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO TIZNADO SARO,**<br>Petitioner,<br>v.<br>**PATRICK COVELLO, Warden,**<br>Respondent. | Case No. 19-cv-5550-YGR<br><br>**JUDGMENT** |

Pursuant to the Order denying the petition for writ of habeas corpus signed today, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of the petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 27, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge

Rev. 09-18